**Statement of Earnings For:** **Maria Monzon** — **County of Lehigh Pennsylvania**

17 South Seventh Street
Allentown, PA 18101-2406

| Employee #: | 25728 | Department: | 07 | Period Begin: | 9/27/2025 | Check Date: | 10/17/2025 |
| Clock Number: | | Office | 0701 | Period End: | 10/10/2025 | Pay Type: | Hourly |
| Company Id: | 07550 | Federal Filing: | Married Filing | Exemptions: | | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V12373976 | $0.00 | $1,044.59 | $872.48 | |

| EARNINGS | *Not included in Totals | *Hrs/Units = Units (Units not included in Totals) | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate Hrs/Units | Dollars YTD Hrs/Unit | | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 30.0600 34.75 | 1,044.59 575.50 | | 17,299.57 | SOC SEC EE | 64.76 | 1,073.97 | | | |
| Overtime | | 0.00 0.50 | | 22.55 | MED EE | 15.15 | 251.17 | | | |
| | | | | | FEDERAL WH | 46.95 | 911.28 | | | |
| | | | | | PA WH | 32.07 | 531.61 | | | |
| | | | | | SO/TH | 10.44 | 173.18 | | | |
| | | | | | PA SUI EE | 0.74 | 12.13 | | | |
| | | | | | SO/TH | 2.00 | 30.00 | | | |

| Total: | 34.75 | 1,044.59 | 576.00 | 17,322.12 | Total: | 172.11 | 2,983.54 | Total: | 0.00 | 0.00 |

| LEAVE ACCRUAL | | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|---|
| Accrual Type | Prev. Balance | Accrued | Used | Balance | Checking | | |
| Vacation | 0.00 | 0.00 | 0.00 | 0.00 | Account: ###0555 | Deposit Amount: | 872.48 |
| Personal | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| CompTime | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| Reward | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| STS | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| LTS | 0.00 | 0.00 | 0.00 | 0.00 | | | |



**COUNTY OF LEHIGH PENNSYLVANIA**

County of Lehigh Pennsylvania
17 South Seventh Street
Allentown, PA 18101-2400

| CHECK DATE | VOUCHER ID |
|---|---|
| 10/17/2025 | V12373976 |

| TOTAL NET PAY |
|---|
| ********$872.48 |

Maria Monzon
17 Olde Penn Drive
Easton, PA 18045

**NOT NEGOTIABLE**

---

## Employee Pay Details

County of Lehigh Pennsylvania

**Maria Monzon**

For Pay Period:  9/27/2025 - 10/10/2025
Pay Date:      10/17/2025

| Earning | Rate | Hours | Dollars | Department Labor | Labor 2 | Bargaining Unit | Unit |
|---|---|---|---|---|---|---|---|
| Regular | 30.0600 | 20.00 | 601.20 | C8-Social Services | Part Time Employees | | |
| Regular | 30.0600 | 14.75 | 443.39 | C8-Social Services | Part Time Employees | | |
| | | 34.75 | 1,044.59 | | | | |