UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Maria Monzon
    Francisco Monzon

             Debtors

Chapter 13
Bankruptcy No.25-14931-PMM

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 23rd day of March, 2026, by first class mail upon those listed below:

Maria Monzon
Francisco Monzon
17 Old Penn Drive
Easton, PA  18045

**Electronically via CM/ECF System Only:**

J ZAC CHRISTMAN ESQ
538 MAIN STREET, STE 102
STROUDSBURG, PA  18360

*/s/ Kristen Gliem*
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee