United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-14931-pmm |
| Maria Monzon | Chapter 13 |
| Francisco Monzon | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 11, 2026 | Form ID: 155 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Maria Monzon, Francisco Monzon, 17 Old Penn Drive, Easton, PA 18045-7435 |
| 15079526 | + | Arra Finance, LLC, 6333 N. State Highway 161 Suite 100, Irving, TX 75038-2217 |
| 15079533 | + | Crescent Bank and Trust, Po Box 2460, Chesapeake, VA 23327-2460 |
| 15079538 | + | Grameem America, Inc., 150 W 30th Street Floor 8, New York, NY 10001-4003 |
| 15081765 | + | Rocket Mortgage, LLC f/k/a, Quicken Loans, LLC f/k/a Quicken Loans I, c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15079527 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 12 2026 00:39:12 | Cap1/Kohls Department Store, Po Box 31293, Salt Lake Cty, UT 84131-0293 |
| 15079528 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 12 2026 00:38:51 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15085671 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 12 2026 00:38:53 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15079529 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 12 2026 00:39:01 | Capital One/WMT, PO Box Box 31293, Salt Lake City, UT 84131-0293 |
| 15079530 | + | Email/Text: bankruptcy@cavps.com | Jun 12 2026 00:40:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Valhalla, NY 10595-1340 |
| 15102004 | + | Email/Text: bankruptcy@cavps.com | Jun 12 2026 00:40:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15079531 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 12 2026 00:39:00 | Comenity Capital/ Boscovs, PO Box Box 182120, Columbus, OH 43218-2120 |
| 15079532 | | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 12 2026 00:40:00 | Credit Collections, 2 Wells Ave, Newton Center, MA 02459-3225 |
| 15092846 | + | Email/Text: peritus@ebn.phinsolutions.com | Jun 12 2026 00:40:00 | Crescent Auto Fin c/o Peritus Portfolio Svcs II, P.O. Box 1149, Grapevine, TX 76099-1149 |
| 15079534 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 12 2026 00:40:00 | Dept of Ed, 121 S 13th St, Lincoln, NE 68508-1904 |
| 15079535 | | Email/Text: mrdiscen@discover.com | Jun 12 2026 00:39:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 15079537 | + | Email/Text: collecadminbankruptcy@fnni.com | Jun 12 2026 00:39:00 | FNB Omaha, 1620 Dodge St, Omaha, NE 68197-0001 |
| 15095750 | + | Email/Text: collecadminbankruptcy@fnni.com | Jun 12 2026 00:39:00 | First National Bank of Omaha, 1601 Dodge St Stop Code 3113, Omaha, Ne 68197-3113 |
| 15079536 | | Email/PDF: ais.fpc.ebn@aisinfo.com | | |

District/off: 0313-4            User: admin            Page 2 of 3

Date Rcvd: Jun 11, 2026            Form ID: 155            Total Noticed: 38

| Recipient ID | | Notice method / address | Date/time | Recipient |
|---|---|---|---|---|
| | | | Jun 12 2026 00:39:02 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15079539 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 12 2026 00:39:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15082632 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2026 00:38:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15079540 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2026 00:39:02 | LVNV Funding, LLC, Care of Resurgent Capital Services, LP, PO Box 1269, Greenville, SC 29602-1269 |
| 15079541 | | Email/Text: bankruptcydpt@mcmcg.com | Jun 12 2026 00:40:00 | Midland Credit Management, Inc., 320 East Big Beaver Road Suite 300, Troy, MI 48083-1271 |
| 15079542 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 12 2026 00:40:00 | Pennsylvania Dep't of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0946 |
| 15080186 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 12 2026 00:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15088519 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 12 2026 00:40:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 15079544 | | Email/Text: OpsCompliance@RocketLoans.com | Jun 12 2026 00:39:00 | RockLoans Marketplace, 1274 Library Street 2nd Floor, Detroit, MI 48226-2256 |
| 15098003 | + | Email/Text: OpsCompliance@RocketLoans.com | Jun 12 2026 00:39:00 | RockLoans Marketplace LLC, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15079543 | | Email/Text: bankruptcyteam@rocketmortgage.com | Jun 12 2026 00:40:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15095272 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jun 12 2026 00:40:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15079545 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 12 2026 00:39:01 | SYNCB/ Sam's Club DC, PO Box 71727, Philadelphia, PA 19176-1727 |
| 15146363 | | Email/Text: bncmail@w-legal.com | Jun 12 2026 00:40:00 | T D Bank, C/O Weinstein & Riley, P.S., P.O. Box 93024, Las Vegas, NV 89193-3024 |
| 15079546 | + | Email/Text: bankruptcy@td.com | Jun 12 2026 00:40:00 | TD Bank, PO Box 1448, Greenville, SC 29602-1448 |
| 15082986 | ^ | MEBN | Jun 12 2026 00:35:23 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 15079547 | | Email/Text: bncmail@w-legal.com | Jun 12 2026 00:40:00 | TD Bank/ Target Credit Card, C/O Weinstein & Riley, P.S., P.O. Box 93024, Las Vegas, NV 89193-3024 |
| 15088257 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 12 2026 00:40:00 | U.S Department of Education c/o Nelnet, 121 South 13th Street, LINCOLN, NE 68508-1911 |
| 15099249 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jun 12 2026 00:39:02 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15079548 | | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Jun 12 2026 00:38:52 | Wells Fargo Card Service, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0313-4                         User: admin                              Page 3 of 3
Date Rcvd: Jun 11, 2026                      Form ID: 155                          Total Noticed: 38

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| J. ZAC CHRISTMAN | on behalf of Debtor Maria Monzon zac@jzacchristman.com  office@fisherchristman.com |
| J. ZAC CHRISTMAN | on behalf of Joint Debtor Francisco Monzon zac@jzacchristman.com  office@fisherchristman.com |
| MATTHEW K. FISSEL | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   Maria Monzon | ) | Case No. 25–14931–pmm |
| | ) | |
| | ) | |
|   Francisco Monzon | ) | Chapter: 13 |
| | ) | |
|   Debtor(s). | ) | |

## <u>ORDER CONFIRMING PLAN UNDER CHAPTER 13</u>

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: June 11, 2026                             For The Court

                                                      Patricia M. Mayer
                                                      Judge, United States Bankruptcy Court