Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Maria Monzon
Francisco Monzon
17 Old Penn Drive
Easton, PA 18045

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 25-14931-PMM**

Petition Filed Date: 12/02/2025
341 Hearing Date: 01/13/2026
Confirmation Date: 06/11/2026

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2026 | $481.00 | | 02/12/2026 | $481.00 | | 03/12/2026 | $481.00 | |
| 04/09/2026 | $481.00 | | 05/14/2026 | $481.00 | | 06/11/2026 | $481.00 | |
| 07/09/2026 | $481.00 | | | | | | | |

**Total Receipts for the Period: $3,367.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $3,848.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | J ZAC CHRISTMAN ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 001 | Priority Crediors | $95.51 | $25.81 | $69.70 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $595.24 | $0.00 | $595.24 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $1,488.25 | $0.00 | $1,488.25 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $4,786.39 | $0.00 | $4,786.39 |
| 5 | TD BANK NA<br>»» 005 | Unsecured Creditors | $10,156.80 | $0.00 | $10,156.80 |
| 6 | CAPITAL ONE BANK (USA) NA<br>»» 006 | Unsecured Creditors | $1,872.62 | $0.00 | $1,872.62 |
| 7 | CAPITAL ONE BANK (USA) NA<br>»» 007 | Unsecured Creditors | $4,717.16 | $0.00 | $4,717.16 |
| 8 | CAPITAL ONE BANK (USA) NA<br>»» 008 | Unsecured Creditors | $2,872.28 | $0.00 | $2,872.28 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 09P | Priority Crediors | $11,405.53 | $3,522.18 | $7,883.35 |
| 10 | UNITED STATES TREASURY (IRS)<br>»» 09U | Unsecured Creditors | $1,086.78 | $0.00 | $1,086.78 |
| 11 | US DEPARTMENT OF EDUCATION<br>»» 010 | Unsecured Creditors | $117,842.62 | $0.00 | $117,842.62 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 011 | Unsecured Creditors | $1,353.85 | $0.00 | $1,353.85 |

**Chapter 13 Case No. 25-14931-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | CRESCENT AUTO FINANCE<br>»» 012 | Secured Creditors | $432.45 | $0.00 | $432.45 |
| 14 | ROCKET MORTGAGE LLC<br>»» 013 | Mortgage Arrears | $6,599.50 | $0.00 | $6,599.50 |
| 15 | FIRST NATIONAL BANK OF OMAHA<br>»» 014 | Unsecured Creditors | $1,372.18 | $0.00 | $1,372.18 |
| 16 | ROCKET LOANS<br>»» 015 | Unsecured Creditors | $14,819.45 | $0.00 | $14,819.45 |
| 17 | WELLS FARGO BANK NEVADA NA<br>»» 016 | Unsecured Creditors | $3,392.74 | $0.00 | $3,392.74 |
| 18 | CAVALRY SPV INVESTMENTS LLC<br>»» 017 | Unsecured Creditors | $3,418.30 | $0.00 | $3,418.30 |
| 19 | CAVALRY SPV INVESTMENTS LLC<br>»» 018 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,848.00 | Current Monthly Payment: | $481.00 |
| Paid to Claims: | $3,547.99 | Arrearages: | $0.00 |
| Paid to Trustee: | $296.32 | Total Plan Base: | $28,860.00 |
| Funds on Hand: | $3.69 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.