**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In Re:<br>Maria Monzon<br>Francisco Monzon,<br><br>Debtor(s)<br><br>Rocket Mortgage, LLC<br>Movant<br>V.<br>Maria Monzon<br>Francisco Monzon,<br>Debtor(s)<br><br>SCOTT F. WATERMAN<br>Trustee<br><br>Respondent(s) | Chapter 13<br><br>Case Number: 25-14931-pmm |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND IN-PERSON HEARING DATE**

Rocket Mortgage, LLC has filed with the Court a Motion for Relief from the Automatic Stay under 11 USC §362(d) in order to proceed with its rights under non- bankruptcy law with regard to the Property, located at 17 Olde Penn Dr, Easton, Pennsylvania 18045-7435.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before September 23, 2026, (14 days after service) **you or your attorney must file a response to the Motion.** *(see Instructions below).*

(a) file an answer explaining your position with the Clerk's Office located at: Clerk of the United States Bankruptcy Court for the Eastern District of

Pennsylvania:

In Philadelphia:

900 Market Street, Suite 400
Philadelphia, PA 19107-4299

In Reading:

U.S. Bankruptcy Court, Clerks Office
The Gateway Building
201 Penn Street, Suite 103
Reading, PA 19601

If you mail your answer to the Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to movant's attorney:
Brent Lemon
McCalla Raymer Leibert Pierce, LLP
325-41 Chestnut Street, Suite 725
Philadelphia, Pennsylvania, 19106
Telephone:215-602-7218
Brent.Lemon@mccalla.com

and to the Trustee: **SCOTT F. WATERMAN [Chapter 13]**
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

2. If you or your attorney do not take the steps described in paragraphs l(a) and l(b) above and attend the hearing, the court may enter an order granting the relief requested in this motion.

3. A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on September 29, 2026, at 10:00 a.m. in the United States Bankruptcy Court, 201 Penn Street, 4th Floor, Reading, PA 19601. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing. Requests for participation other than in person must be made pursuant to Local Bankruptcy Rule 9076-1.

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

6. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date: 09/09/2026

MCCALLA RAYMER LEIBERT PIERCE, LLP

*By: /s/ **Brent Lemon***

Brent Lemon
Attorney for Movant
McCalla Raymer Leibert Pierce, LLP
325-41 Chestnut Street, Suite 725
Philadelphia, Pennsylvania, 19106
Telephone:215-602-7218
Brent.Lemon@mccalla.com