**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: **MARIA MONZON**, and **FRANCISCO MONZON**, Debtor(s), | : | **Chapter 13** Case No. **25-14931-PMM** |
| **ROCKET MORTGAGE, LLC,** Movant(s) | : | Motion for Relief from Stay |
| v. | : | |
| **MARIA MONZON, FRANCISCO MONZON** and **SCOTT F. WATERMAN, TRUSTEE,** Respondent(s) | : | |

## ANSWER TO MOTION OF ROCKET MORTGAGE FOR RELIEF FROM STAY

AND NOW COMES Debtor(s) **MARIA MONZON** and **FRANCISCO MONZON,** by and through their attorneys, J. ZAC CHRISTMAN, ESQUIRE, with Answer to Motion of **ROCKET MORTGAGE** for Relief from Stay, and in support thereof aver(s):

1 - 2. Admitted.

2-6. Denied to the extent the documents referenced don't speak for themselves.

7. Admitted.

8. Denied. Debtors paid $1,898 on September 16, 2026, and another $1,898 on September 18, 2026. Debtors are paying an additional $54.18 in conjunction with the filing of this Answer

9. Denied. The subject property is more than adequately protected by the postpetition payments acknowledged by the Motion for Relief and an equity buffer of nearly $100,000.

10. Denied. See response to paragraph 8, above.

11. Denied. Debtors' Schedule A/B indicates that the value of the subject property is $350,000. The $315,000 value is reduced for hypothetical costs of sale required to determine compliance with 11 U.S.C. Section 1325(a)(4).

12. Denied to the extent the documents referenced don't speak for themselves.

13. Denied to the extent the averments of paragraph 13 are other than statements or conclusions of law or misplaced requesst for relief that do not require a response.

14. Denied to the extent the averments of paragraph 14 are other than statements or conclusions of law or misplaced requesst for relief that do not require a response.

15. Denied to the extent the averments of paragraph 15 are other than a statement or conclusion of law or misplaced request for relief that does not require a response. Movant has not alleged facts sufficient for such extraordinary relief.

16. Denied to the extent the averments of paragraph 16 are other than a statement or conclusion of law or misplaced request for relief that does not require a response.

WHEREFORE, Debtor(s) **MARIA MONZON** and **FRANCISCO MONZON** pray(s) this Honorable Court for an Order that DENIES the Motion of **ROCKET MORTGAGE** for Relief from Stay, and for such other and further relief as the Honorable Court deems just and appropriate.

/s/ J. Zac Christman

J. Zac Christman, Esquire
Attorneys for Debtor
538 Main Street, Suite 102
Stroudsburg, PA 18360
(570) 234-3960
zac@jzacchristman.com