**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>Maria Monzon<br>Francisco Monzon,<br>Debtors<br><br>Rocket Mortgage, LLC,<br>Movant<br>v.<br>Maria Monzon<br>Francisco Monzon,<br>Debtors<br>Scott F. Waterman<br>Trustee<br>Respondent(s) | Bankruptcy Case: 25-14931-pmm<br><br>Chapter: 13 |

**PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM AUTOMATIC STAY (Doc 29)**

Rocket Mortgage, LLC ("Movant"), by and through its Counsel, McCalla Raymer Leibert Pierce, LLP, hereby withdraws its Motion for Relief from Automatic Stay filed on September 9, 2026 [Docket No. 29].

Dated: September 25, 2026

*/s/Brent Lemon*

Brent Lemon
Bar No. 86478
McCalla Raymer Leibert Pierce, LLP
325-41 Chestnut Street, Suite 800
Philadelphia, Pennsylvania, 19106 Direct
Phone: 215-402-6989
Brent.Lemon@mccalla.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>Maria Monzon<br>Francisco Monzon,<br><br>Debtors<br><br>Rocket Mortgage, LLC,<br><br>Movant<br><br>v.<br><br>Maria Monzon<br>Francisco Monzon,<br><br>Debtors<br><br>Scott F. Waterman<br>Trustee<br>Respondent(s) | Bankruptcy Case: 25-14931-pmm<br><br>Chapter: 13 |

**CERTIFICATION OF SERVICE**

I, the undersigned, hereby certify that the foregoing Withdrawal of Motion for Relief from Automatic Stay was served by first class mail, postage pre-paid, upon the parties listed below on September 25, 2026.

**Debtor's Attorney**
J. ZAC CHRISTMAN
J. Zac Christman, Esquire
538 Main Street, Suite 102
Stroudsburg, PA 18360
zac@jzacchristman.com
VIA ECF

**Chapter 13 Trustee**
SCOTT F. WATERMAN [Chapter 13]
2901 St. Lawrence Ave. Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com
VIA ECF

U.S. Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
U.S. Trustee

**Debtors**
Maria Monzon
17 Old Penn Drive
Easton, PA 18045

Francisco Monzon 1
7 Old Penn Drive
Easton, PA 18045
Co-Debtor
VIA U.S. MAIL U.S.

Dated: September 25, 2026

*/s/Brent Lemon*

Brent Lemon
Bar No. 86478
McCalla Raymer Leibert Pierce, LLP
325-41 Chestnut Street, Suite 800
Philadelphia, Pennsylvania, 19106 Direct
Phone: 215-402-6989
Brent.Lemon@mccalla.com